JS-6

O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LAST BRAND, INC. dba QUINCE, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:23-cv-04605-MEMF (PDx)<br><br>**ORDER RE: STIPULATION TO TRANSFER OF ACTION PURSUANT TO 28 U.S.C. § 1404 [ECF NO. 18]** |

///

1        On September 12, 2023, Plaintiff Deckers Outdoor Corporation ("Deckers") and Defendant Last Brand, Inc. dba Quince ("Last Brand") filed a Joint Stipulation to Transfer of Action ( ECF No. 18, "Joint Stipulation"). The Court, having considered the Joint Stipulation and finding good cause therein, HEREBY ORDERS THAT:

1. This matter is TRANSFERRED to the Northern District of California; and
2. Last Brand's deadline to answer or otherwise respond to the initial Complaint is hereby CONTINUED until twenty-one (21) days after a transfer has been recognized by the United States District Court for the Northern District of California and this matter has been assigned a case number.

IT IS SO ORDERED.

Dated: September 19, 2023

                                          MAAME EWUSI-MENSAH FRIMPONG
                                              United States District Judge